

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2015

No. 04-15-00127-CV

**EL CABALLERO RANCH, INC.** a/k/a El Caballero, LLC and Laredo Marine, LLC,
Appellants

v.

**GRACE RIVER RANCH, LLC** [ and County of La Salle, as third-party defendant],
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Stella Saxon, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on June 18, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2015.

_____
Keith E. Hottle
Clerk of Court